# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# (LAFAYETTE DIVISION)

| | |
|---|---|
| **ROBBIE BRUCE** | : |
| | : **CASE NO. 6:25-CV-00520** |
| **versus** | : |
| | : **JUDGE DAVID C. JOSEPH** |
| **HOSPITAL SERVICE DISTRICT** | : |
| **NUMBER 1 OF IBERIA PARISH D/B/A** | : **MAGISTRATE JUDGE DAVID J. AYO** |
| **IBERIA MEDICAL CENTER** | : |

## ORDER

Considering the Defendant's Motion to Dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

IT IS HEREBY ORDERED that the motion be and is hereby GRANTED thereby dismissing the Complaint with prejudice since amendments would be futile.

Signed in Lafayette, Louisiana on _____ 2025.

_____
DISTRICT COURT JUDGE